| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_J. Wilson_ |
| 1. Article Addressed to:<br><br>United Services Automobile Association<br>c/o Norman, Wood, Kendrick & Turner<br>Financial Center Suite 1600<br>505 20th Street North<br>Birmingham, AL 35203<br><br>1:06CV521 (cmp/smo 20 day) | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>_[Birmingham, AL 35203 JUN 19 2006 postmark]_<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0003 0509 4630 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |