IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED SERVICES AUTOMOBILE ) | |
| ASSOCIATION; ) | CASE NO.: 1:06cv521-VPM |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

COMES NOW THE PLAINTIFF in the above-styled matter, by and through counsel, and in response to Defendant's Motion to Dismiss hereby respectfully moves that, for the reasons asserted in said Motion, this Honorable Court dismiss this action without prejudice so that the Plaintiff may re-file same in the appropriate state court.

RESPECTFULLY submitted this the 10th day of July, 2006

/s/ M. Adam Jones (JON-126)
Counsel for Plaintiff
MORRIS, CARY, ANDREWS,
TALMADGE, JONES & DRIGGERS, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, Al 36302
Tel:  334-792-1420
Fax:  334-673-0077
ajones@mcatlaw.com

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:  William L. Lee, III and William Nichols

Dated this the 7th day of July, 2006.

                                                    /s/ M. ADAM JONES