IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV521-VPM |
| | ) | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On 6 July 2006, the defendant filed a Motion to Dismiss the plaintiff's complaint (Doc. # 4). The brief and memorandum of law supporting the motion were filed on the same date. The plaintiff filed a response on 10 July 2006 and requested that

> for the reasons asserted in said Motion, this Honorable Court dismiss this action without prejudice so that the Plaintiff may re-file same in the appropriate state court.

Doc. # 6. The court is prepared to enter an order dismissing the claims without prejudice, consistent with the plaintiff's request. However, the parties must first consent to the exercise of final authority in this case by the Magistrate Judge. Accordingly, it is

ORDERED that on or before 21 July 2006, both of the parties shall notify the Clerk of the court whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court. A copy of the form is attached for a party's use. The parties are ADVISED that they may freely decline to consent without adverse consequences.

DONE this 11th day of July, 2006.

                                        /s/ Vanzetta Penn McPherson
                                        VANZETTA PENN MCPHERSON
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV521-VPM |
| | ) | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____   _____
DATE                              SIGNATURE

                                  _____
                                  COUNSEL FOR (print name of all parties)

                                  _____
                                  ADDRESS, CITY, STATE, ZIP CODE

                                  _____
                                  TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***