IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUL 13 A 9:56

| | | |
|---|---|---|
| ANGELA LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV521-VPM |
| | ) | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

7-12-06
DATE

SIGNATURE

United Services Automobile Assn't
COUNSEL FOR (print name of all parties)

P.O. Box 1665    Dothan, AlA 36302
ADDRESS, CITY, STATE, ZIP CODE

334 792 4156 ext 112
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUL 13  A 9: 26

| | |
|---|---|
| ANGELA LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06CV521-VPM |
| ) | |
| UNITED SERVICES AUTOMOBILE ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

7-11-06
DATE

_[signature]_
SIGNATURE

United Services Automobile Association
COUNSEL FOR (print name of all parties)

P.O. Box 1665, Dothan, Ala. 36302
ADDRESS, CITY, STATE, ZIP CODE

(334) 792-4656
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***