IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06CV521-VPM |
| | ) |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The defendant filed a motion to dismiss on 6 July 2006, along with a supporting memorandum of law (Docs. # 4, 5). The parties consented to jurisdiction by a Magistrate Judge on 18 July 2006 (Docs. # 8, 9). Upon consideration of the motion, it is

ORDERED that on or before 7 August 2006, the plaintiff shall file her response to the motion, together with her brief in opposition to the motion. Thereafter, the motion shall be deemed submitted and the Magistrate Judge will not consider any further pleadings filed by the parties.

DONE this 19th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE