IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA LEE, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>UNITED SERVICES AUTOMOBILE )<br>ASSOCIATION, )<br>)<br>　　　　Defendant. ) | CIVIL ACTION NO. 1:06CV521-VPM |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, without prejudice, and that this action be and is hereby dismissed.

Done this the 2nd day of August, 2006.


　　　　　　　　　　　　　　　　/s/ Vanzetta Penn McPherson
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE